# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSENDO PEREZ-ZARATE, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-cv-01567-RLH-LRL |
| BRAVO PRO MAINTENANCE, INC., et al., | ) **O R D E R** |
| Defendants. | ) |

Before the court is the Moran Law Firm's Motion to Withdraw as Counsel (#29) for all defendants in this case. The motion was filed on May 10, 2010. The Moran Law Firm represents that the defendants consent to the granting of the motion. Accordingly,

IT IS ORDERED that the Motion to Withdraw as Counsel (#29) is granted.

The defendants are advised that a corporation may appear in federal court only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Default against a corporation, such as Bravo Pro Maintenance, Inc., is a permissible sanction for its failure to comply with the requirement that it be represented by counsel. *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). *See also Employee Painters' Trust v. Ethan Enterprises, Inc.*, 480 F.3d 993, 998 (9th Cir. 2007). The individual defendants may, if they choose, represent themselves. None of them, however, may represent the corporation. Only a licensed attorney may represent the corporation. The court will give the defendants a reasonable amount of time to seek new counsel.

IT IS THEREFORE FURTHER ORDERED that the defendants shall have until June 28, 2010 to retain new counsel. Not later than **June 28, 2010**, either new counsel shall file notices of appearance,

or the defendants shall file memoranda explaining why they have not retained new counsel.

IT IS FURTHER ORDERED that all proceedings in this case shall be stayed until **June 28, 2010**.

\* \* \*

On April 29, 2010, the parties filed a proposed stipulation to extend the discovery and related deadlines (#28).  In view of the withdrawal of defendants' counsel and the temporary stay of these proceedings, the stipulation will be modified and approved to the extent that the deadlines in effect when the stay is lifted will be as follows:

| | |
|---|---|
| Discovery | October 8, 2010 |
| Amended pleadings, etc. | July 9, 2010 |
| Expert designations | August 9, 2010 |
| Rebuttal expert designations | September 8, 2010 |
| Dispositive motions | November 9, 2010 |
| Joint Pretrial Order | December 10, 2010 |

IT IS FURTHER ORDERED that the Moran Law Firm shall forthwith provide each defendant with a copy of this order.

DATED this 13th day of May, 2010.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2