1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

11  ROSENDO PEREZ-ZARATE, on behalf )
    of himself and all others similarly situated; )
12                                               )
                            Plaintiff(s),         )          Case No. 2:09-CV-1567-RLH-LRL
13                                               )
              vs.                                )          **JUDGMENT**
14                                               )
    BRAVO PRO MAINTENANCE, INC.                  )
15  *et al.,*                                    )
                                                 )
16                          Defendant(s).         )
    _____ )
17

        The Court, having considered and granted the Plaintiff Class's Motion for Summary

18  Judgment, hereby enters the following:

19      IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff ROSEN-

20  DO PEREZ-ZARATE, on behalf of himself and all others similarly situated, have judgment against

21  BRAVO PRO MAINTENANCE, INC., a Nevada corporation; ADRIAN RAMIREZ, an individual;

22  ALFONSO RAMIREZ, an individual; GABRIEL RAMIRIZ, an individual; and GUILLERMO

23  ALONSO, an individual as follows:

24  (1)    The difference between paid wages and the minimum wage:        $169.844.60

25  (2)    As and for unpaid overtime wages:                             $423,160.14

26

(3)     As and for unpaid sick time:                                    $   9,362.00

(4)     As and for unpaid vacation time                                 $   8,750.00

                                                                        =========

                    For a TOTAL JUDGMENT in the amount of               $611, 124,74


            Dated: November 23, 2010.




                                                    _____
                                                    Roger L. Hunt
                                                    Chief United States District Judge